**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KEVIN A. ROHE, | : | No. 185 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DARRIS D. VINSON AND FENTON | : | |
| WELDING TRANSPORT, LLC, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.